# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ANDREW A. LANG JR.,            :   No. 149 WAL 2016

           Petitioner      :

                             :   Petition for Allowance of Appeal from

                             :   the Order of the Commonwealth Court

           v.              :

                             :

                             :

COMMONWEALTH OF PENNSYLVANIA,   :

DEPARTMENT OF TRANSPORTATION,    :

                             :

           Respondent     :

## ORDER

**PER CURIAM**

       **AND NOW**, this 23rd day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.